## MISCELLANEOUS DISMISSALS

**2014–0365.   State ex rel. White v. Internatl. House of Pancakes.**
Franklin App. No. 13AP–285, 2014-Ohio-412. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Appeals for Franklin County.

## CASE ANNOUNCEMENTS

*June 18, 2014*

[Cite as *06/18/2014 Case Announcements #2*, 2014-Ohio-2631.]

## MOTION AND PROCEDURAL RULINGS

**2014–0997.   Columbus Bar Assn. v. Armengau.**
On June 18, 2014, respondent filed a motion for an order staying all proceedings.

Upon consideration thereof, it is ordered by the court that relator shall file a response, if any, to respondent's motion by 12:00 p.m. on June 19, 2014.

## CASE ANNOUNCEMENTS

*June 19, 2014*

[Cite as *06/19/2014 Case Announcements*, 2014-Ohio-2635.]

## MOTION AND PROCEDURAL RULINGS

**2013–0090.   State ex rel. Evans v. Marshall.**
In Mandamus and Procedendo. This cause came on for further consideration upon the filing of relator's request for findings of fact and conclusions of law pursuant to Civ.R. 52. It is ordered by the court that the request is denied.

## CASE ANNOUNCEMENTS

*June 19, 2014*

[Cite as *06/19/2014 Case Announcements #2*, 2014-Ohio-2665.]

## MOTION AND PROCEDURAL RULINGS

**2014–0997.   Columbus Bar Assn. v. Armengau.**
On June 18, 2014, respondent filed a motion for an order staying all proceedings.

Upon consideration of respondent's motion, it is ordered by the court that the motion is denied.

KENNEDY, J., concurs in part and dissents in part but would grant a temporary stay only until respondent's criminal trial is completed.

O'NEILL, J., dissents and would grant the stay.